1  Emily Reitmeier (SBN 305512)
   SKADDEN, ARPS, SLATE, MEAGHER
2  & FLOM LLP
   525 University Avenue, Suite 1400
3  Palo Alto, CA 94301
   Telephone: (650) 470-4500
4  Facsimile: (650) 470-4570
   Emily.reitmeier@skadden.com
5
   Jessica Davidson Miller (*Pro Hac Vice*)
6  SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
7  1440 New York Avenue N.W.
   Washington, DC 20005
8
   *Attorneys for Defendant*
9

10              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
11

12  JEFFREY CIMOLI, on behalf of himself      CASE NO. 5:20-cv-07838-BLF
    and all others similarly situated,
                                              **DECLARATION OF ZACHARY W.**
13                      Plaintiff,            **MARTIN IN SUPPORT OF MOTION TO**
                                              **DISMISS OR IN THE ALTERNATIVE**
14  v.                                        **PARTIALLY STRIKE CLASS CLAIMS**

15  ALACER CORP.,                             Date: June 3, 2021
                                              Time: 9:00 am
16                      Defendant.            Courtroom: 3, 5th Floor
                                              Judge: Beth Labson Freeman
17
                                              Action Filed: November 5, 2020
18

19

20

21

22

23

24

25

26

27

28

I, Zachary Warren Martin, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom, attorneys for defendant Alacer Corporation.  I am a member of the bars of Commonwealth of Massachusetts, the District of Columbia, the United States Court of Appeals for the Sixth Circuit, and the United States District Court for the District of Massachusetts.

2.  I submit this Declaration in support of Defendant's Motion to Dismiss or in the Alternative Partially Strike Class Claims.

3.  I purchased bottles of Emergen-C Immune Support Gummies, Orange, Tangerine, and Raspberry Flavor, and Emergen-C Immune Support Gummies, Strawberry, Lemon, and Blueberry Flavor from CVS Pharmacy located at 35 White Street, Cambridge, MA 20140 on December 7, 2020.

4.  I purchased a bottle of Emergen-C Elderberry Gummies from Walgreens.com on December 7, 2020, and received the bottle via U.S. Mail on December 26, 2020.

5.  Photographs of the bottle of Emergen-C Immune Support Gummies, Orange, Tangerine, and Raspberry Flavor that I purchased are attached as Exhibit 1.

6.  Photographs of the bottle of Emergen-C Immune Support Gummies, Strawberry, Lemon, and Blueberry Flavor that I purchased are attached as Exhibit 2.

7.  Photographs of the bottle of Emergen-C Elderberry Gummies that I purchased are attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2020 at Cambridge, Massachusetts.


/s/ Zachary W. Martin_____
Zachary W. Martin

Declaration of Zachary W. Martin in Support of Motion to Dismiss or in the Alternative Partially Strike Class Claims - 5:20-cv-07838-BLF

1

**EXHIBIT 1**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Declaration of Zachary W. Martin in Support of Motion to Dismiss or in the Alternative Partially
Strike Class Claims - 5:20-cv-07838-BLF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Declaration of Zachary W. Martin in Support of Motion to Dismiss or in the Alternative Partially Strike Class Claims - 5:20-cv-07838-BLF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 2**



Declaration of Zachary W. Martin in Support of Motion to Dismiss or in the Alternative Partially
Strike Class Claims - 5:20-cv-07838-BLF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Declaration of Zachary W. Martin in Support of Motion to Dismiss or in the Alternative Partially
Strike Class Claims - 5:20-cv-07838-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 3**



7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Declaration of Zachary W. Martin in Support of Motion to Dismiss or in the Alternative Partially
Strike Class Claims - 5:20-cv-07838-BLF

1

## **E-FILER'S ATTESTATION**

2        I, Emily Reitmeier, am the CM/ECF user whose identification and password are being used

3    to file the foregoing Motion to Dismiss or in the Alternative Partially Strike Class Claims.  I hereby

4    certify that on December 31, 2020, I electronically filed the foregoing using the CM/ECF system,

5    which sent notice of such filing to all parties.  I hereby attest that I have on file the holographic

6    signature corresponding to the signature indicated by a confirmed signature (/s/) within this e-filed

7    document.

8                  /s/ Emily Reitmeier_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Zachary W. Martin in Support of Motion to Dismiss or in the Alternative Partially
Strike Class Claims - 5:20-cv-07838-BLF