| | |
|---|---|
| Benjamin Heikali (SBN 307466)<br>E-mail: *bheikali@faruqilaw.com*<br>Joshua Nassir (SBN 318344)<br>E-mail: *jnassir@faruqilaw.com*<br>**FARUQI & FARUQI, LLP**<br>10866 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90024<br>Telephone: (424) 256-2884<br>Facsimile: (424) 256-2885<br>*Attorneys for Plaintiff* | Emily Reitmeier (SBN 305512)<br>**SKADDEN, ARPS, SLATE,**<br>**MEAGHER & FLOM LLP**<br>525 University Avenue, Suite 1400<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>emily.reitmeier@skadden.com<br><br>Jessica Davidson Miller (*Pro Hac Vice*)<br>Thomas E. Fox (*Pro Hac Vice*)<br>**SKADDEN, ARPS, SLATE,**<br>**MEAGHER & FLOM LLP**<br>1440 New York Avenue N.W.<br>Washington, DC 20005<br>Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>jessica.miller@skadden.com<br>Thomas.fox@skadden.com<br>*Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JEFFREY CIMOLI, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALACER CORP.,<br><br>　　　　Defendant. | Case No.: 5:20-cv-07838-BLF<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

*GRANTED*
Judge Beth Labson Freeman

5:20-cv-07838-BLF
JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

1  **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jeffrey Cimoli ("Plaintiff") and Defendant Alacer Corp. ("Defendant"), by and through their respective counsels of record, hereby stipulate that this action is hereby dismissed with prejudice and with each party to bear its own costs and fees.

DATED: March 31, 2022

FARUQI & FARUQI, LLP

By: /s/ Ben Heikali
Ben Heikali
Attorneys for Plaintiff
JEFFREY CIMOLI

SKADDEN, ARPS, SLATE, MEAGHER & FLOM

By: /s/ Emily Reitmeier
Emily Reitmeier
Attorney for Defendant
ALACER CORP.

---

I, Ben Heikali, am the ECF User whose ID and password are being used to file the Joint Case Management Statement. In compliance with N.D. Cal. L.R. 5.1. I hereby attest that the concurrence in the filing of the document has been obtained from the other signatory.
s/ Ben Heikali
Ben Heikali
Attorney for Plaintiff

---

1
JOINT STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)